IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Roderick A. Carter, | ) | C/A No.: 3:12-3637-MBS-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CPC Logistics, Inc; CPC Medical | ) | |
| Products, LLC; and Hospira Fleet | ) | |
| Services, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on the motion of Hospira Fleet Services, LLC ("Defendant") to compel Roderick A. Carter ("Plaintiff") to produce responses to Defendant's First Set of Interrogatories and First Set of Requests for Production served on May 21, 2014. [Entry #50]. The motion indicates that the discovery requests were duly served and that full and complete responses have not been made within the time prescribed by Fed. R. Civ. P. 26. Plaintiff's deadline to respond to the discovery requests was June 25, 2014. Defense counsel represents that as of July 8, 2014, Plaintiff had not answered or responded to the discovery requests. [Entry #50 at 1].

In light of the foregoing, the court grants Defendant's motion to compel. Plaintiff is directed to provide responses to the discovery request by July 22, 2014. Because Plaintiff failed to timely respond to the discovery, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4).

The court denies the motion for attorney's fees at this time.   However, if Plaintiff fails to provide the responses as directed herein, the court will grant a request for fees and costs by Defendant through a refiled motion accompanied by an affidavit setting out the time expended in connection with the motion to compel and the hourly rate that the client has been billed.

IT IS SO ORDERED.

July 8, 2014                                        Shiva V. Hodges
Columbia, South Carolina                 United States Magistrate Judge